NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**CSP TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**SUD-CHEMIE AG, SUD-CHEMIE, INC., AIRSEC
S.A.S., CLARIANT PRODUKTE DEUTSCHLAND
GMBH, CLARIANT CORPORATION, AND
CLARIANT PRODUCTION (FRANCE) S.A.S.,**
*Defendants-Appellees.*

_____

2014-1337

_____

Appeal from the United States District Court for the Southern District of Indiana in No. 4:11-cv-00029-RLY-WGH, Judge Richard L. Young.

_____

**ON MOTION**

_____

Before PROST, *Chief Judge*, DYK and MOORE, *Circuit Judges*.

PROST, *Chief Judge*.

**O R D E R**

Appellees move without opposition to dismiss this appeal as premature.

2                       CSP TECHNOLOGIES, INC. v. SUD-CHEMIE AG

As appellees note, counterclaims for invalidity and patent misuse are unresolved and remain outstanding.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE: October 6, 2014

s30